# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALEX IS THE BEST, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1724-RGA |
| | ) | |
| BLACKBERRY LIMITED f/k/a RESEARCH | ) | **TRIAL BY JURY DEMANDED** |
| IN MOTION LIMITED and BLACKBERRY | ) | |
| CORPORATION f/k/a RESEARCH IN | ) | |
| MOTION CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Alex is the Best, LLC ("AITB" or "Plaintiff") and Defendants BlackBerry Limited and Blackberry Corporation (collectively, "Blackberry" or "Defendants"), and subject to the approval of the Court that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims brought forth by Plaintiff against Blackberry in the above-captioned case are hereby dismissed WITH PREJUDICE and the Counterclaim brought by Blackberry against AITB is hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

September 12, 2014

| BAYARD, P.A. | BARNES & THORNBURG LLP |
|---|---|
| */s/ Stephen B. Brauerman* | /s/ *Chad S.C. Stover* |
| Richard D. Kirk (#0922) | Chad S.C. Stover, Esq. (#4919) |
| Stephen B. Brauerman (#4952) | 1007 North West Street, Suite 1500 |
| Vanessa R. Tiradentes (#5398) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 300-3474 |
| P.O. Box 25130 | chad.stover@btlaw.com |
| Wilmington, DE 19899 | |
| (302) 655-5000 | Attorneys for Defendants |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |

IT IS SO ORDERED this ___ day of _____, 2014.

_____
United States District Judge